COHEN TAUBER SPIEVAK & WAGNER, LLP, Respondent, v JEFFREY ALNWICK et al., Appellants.

Submitted November 27, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.